**No. 56593.**—Paul A. Teegarden *v.* United States, protest 158712–K (Los Angeles)

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 56594.**—Millard A. Ring *v.* United States, protest 171397–K (A) (Detroit)

Opinion by LAWRENCE, J.   The protest was dismissed.

**No. 56595.**—Oscar Leistner, Inc. *v.* United States, protest 60684–K (Los Angeles).

Opinion by RAO, J.   The protest was dismissed.

**No. 56596.**— Horrocks-Ibbotson Co. *v.* United States, protest 158656–K (Rochester).

Opinion by RAO, J.   The protest was dismissed.

**No. 56597.**—American Import Co. et al. *v.* United States, protests 597695–G, etc. (San Francisco).

Opinion by FORD, J.   In accordance with stipulation of counsel that certain items of the merchandise consist of "imitation gut" similar in all material respects to the merchandise the subject of *Geo. S. Bush & Co., Inc.* v. *United States* (34 C. C. P. A. 17, C. A. D. 338), the claim of the plaintiffs was sustained.

**No. 56598.**—Samuel S. Perry *v.* United States, protests 737978–G, etc. (San Francisco)..

Opinion by FORD, J.   The protests were dismissed.

**No. 56599.**—The American Import Co. et al. *v.* United States, protests 69112–K (B), etc. (San Francisco).

Opinion by FORD, J.   The protests were dismissed.

**No. 56600.**—Paul S. Linforth *v.* United States, protest 73424–K (San Francisco).

Opinion by FORD, J.   The protest was dismissed.

BEFORE THE THIRD DIVISION, APRIL 29, 1952

**No. 56601.**—La Manna Azema & Farnan *v.* United States, protests 525537–G, etc. (New York).